## OHIO & MISSISSIPPI RAILROAD COMPANY

### *v.*

### NOAH BRUBAKER.

1. CONSTRUCTION OF STATUTES—*railroad company fencing against stock.* The statute which requires railroad companies to make and maintain fences "sufficient to prevent cattle, horses, sheep and hogs from getting on such railroad," is not a penal statute, but remedial, and will receive a liberal construction.

2. KILLING STOCK—*mules and asses included in the term cattle.* Railroad companies, under the act above referred to, are liable for killing mules and asses, these animals being included in the terms, "cattle and horses."

APPEAL from the Circuit Court of Marion county; the Hon. SILAS L. BRYAN, Judge, presiding.

Mr. H. P. BUXTON, for the appellants.

Messrs. WILLARD & GOODNOW, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

This was an action against a railway company for killing an ass, and the only question raised upon the record is, whether that animal falls within the protection of the statute which requires railway companies to erect and maintain fences "sufficient to prevent cattle, horses, sheep and hogs from getting on such railroad."

This statute is not, as assumed by counsel for appellants, a penal statute, and, therefore, to be strictly construed. It is, on the contrary, a remedial statute, imposing a reasonable duty on railway companies, and furnishing a remedy to parties injured in case that duty is not performed. Its object was to protect domestic animals, and there can be no doubt the legislature intended to protect mules and asses as much as horned cattle, horses, sheep or hogs. Neither does the language of the statute create any difficulty in carrying out what we must presume to have been the legislative intent. The horse and the ass are both defined by lexicographers as "quadrupeds of the genus *equus*," and the term "cattle" is defined by the same authorities as including horses and asses as well as domesticated horned animals. There are, then, two terms used in the statute, in either of which the ass might be included.

*Judgment affirmed.*